IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EVELYN STEVENS,
    Plaintiff,

vs.

CIVIL NO. 3:20-cv-00081-SA-JMV

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## ORDER

After consideration of *Defendant's Motion for Stay of Proceedings, or in the Alternative, Motion for Temporary Administrative Closure* [6], the Court finds that the Motion should be granted in part.

THEREFORE, IT IS ORDERED that this action is STAYED for 60 days or until such time as the Defendant is able to file a copy of the certified transcript of the record, whichever is earlier.

This, the 21st day of May, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE