IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EVELYN STEVENS,
    Plaintiff,

vs.

CIVIL NO. 3:20-cv-00081-SA-JMV

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## **ORDER**

After consideration of *Defendant's Second Motion for Stay of Proceedings* [8], the Court finds the Motion should be granted in part.

THEREFORE, IT IS ORDERED that this action is STAYED for 60 days from this date or until such time as the Defendant files a certified copy of the administrative record, whichever is earlier.

This, the 20th day of July, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE